Attorney for Debtor
Pia J. North, Esq. #29672
North Law
5913 Harbour Park Drive
Midlothian, VA 23112
Tel: (804) 739-3700
Fax: 739-2550

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

IN RE: Joeann L. Johnson, Debtor　　　　　　　　　　Case#: 16-33221
10600 Haverford Lane　　　　　　　　　　　　　　　　Trustee: Carl M. Bates
North Chesterfield, V A 23236　　　　　　　　　　　　　Chapter: 13
Last 4 of SSN: xxx-xx-2709

## MOTION TO SHORTEN NOTICE PERIOD
## And EXPEDITE HEARING
## for Motion to Extend the Automatic Stay

COMES NOW the Debtor, Joeann L. Johnson by counsel and moves this Court pursuant to Local Rule 9013-1 (N) to set a hearing on the Debtor's Motion to Extend the Automatic Stay for a hearing as soon as practical and Motion to Shorten the Notice Period in this matter. In support of this Motion the Debtor states as follows:

1. Debtor filed a Chapter 13 bankruptcy on June 29, 2016. The Debtor filed a Motion to Extend the Automatic Stay on July 6, 2016.

2. An emergency exists in that an Order to Extend the Automatic Stay must be entered on or before July 29, 2016. The only date available within this 30-day period is July 13, 2016.

WHEREFORE, Debtor requests that the Court shorten the notice period on the Debtor's Motion to Extend the Automatic Stay to not less than two days prior to the hearing to be set by the Court in this matter, and for any and all other relief just and proper.

　　　　　　　　　　　　　　　　　　　　　　Joeann L. Johnson
　　　　　　　BY:　　　　　　　/s/ Pia J. North
　　　　　　　　　　　　　　　　　Counsel

**Certification**

I, Pia J. North certify that I am the attorney for the Debtor and further that I have:
(1) Carefully examined the matter and concluded that there is a true need for an emergency hearing,
(2) Not created the emergency through any lack of due diligence, and
(3) Have made a *bona fide* effort to resolve the matter without a hearing.  (There is no way to resolve this issue without an Order from the Court)

    /s/ Pia J. North
Pia J. North, Esquire

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Motion to Shorten Notice Period and Motion for an Expedited Hearing, Notice of Motion and Notice of Hearing was served by ECF or mailed, by first class mail, this 7th day of July to the Debtor, Chapter 13 Trustee and all creditors and other parties of interest herein.

/s/ Pia J. North
Pia J. North, Esquire

Attorney for Debtor
Pia J. North, Esq. #29672
North Law
5913 Harbour Park Drive
Midlothian, VA 23112
Tel: (804) 739-3700
Fax: 739-2550

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

IN RE:  Joeann L. Johnson, Debtor                              Case#: 16-33221
10600 Haverford Lane                                           Trustee: Carl M. Bates
North Chesterfield, V A 23236                                  Chapter: 13
Last 4 of SSN: xxx-xx-2709

### NOTICE OF MOTION TO SHORTEN NOTICE PERIOD
### And EXPEDITE HEARING

Counsel for Joeann L. Johnson, Debtor has filed papers with the court to Shorten the Notice Period on the Debtor's Motion to Extend the Automatic Stay.

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case.  If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion then you or your attorney must file with the court, at the address shown below, a written request for a hearing or a written response pursuant to Local Bankruptcy Rule 9013-1 (H).  If you mail your request for hearing or response to the court for filing, you must mail it early enough so the court will **receive it at least two (2) days prior to the hearing on the Motion to Shorten Notice Period and Expedite hearing that will be set by the Court in this matter**, at the United States Bankruptcy Court, 701 E. Broad Street, Suite 4000, Richmond, Virginia, Richmond, VA 23219.

**You must also mail a copy to:**

| | |
|---|---|
| Pia J. North | Chapter 13 Trustee |
| North Law | Carl M. Bates |
| 5913 Harbour Park Drive | P.O. Box 1819 |
| Midlothian, VA 23112 | Richmond, VA 23219 |

**NOTICE IS HEREBY GIVEN PURSUANT TO LOCAL RULE 9013-1, UNLESS A WRITTEN RESPONSE TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY <u>NOT LESS THAN 2 (TWO) DAYS PRIOR TO THE HEARING ON THE MOTION TO EXTEND THE AUTOMATIC STAY</u>, THE COURT MAY DEEM ANY <u>OPPOSITION WAIVED</u> AND ISSUE AN ORDER SUSTAINING THE MOTION <u>WITHOUT FURTHER NOTICE OR HEARING</u>.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

                                                                           Joeann L. Johnson
BY:                <u>/s/ Pia J. North</u>
                                                                           Counsel

Attorney for Debtor
Pia J. North, Esq. #29672
North Law
5913 Harbour Park Drive
Midlothian, VA 23112
Tel: (804) 739-3700
Fax: 739-2550

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

IN RE: Joeann L. Johnson, Debtor                     Case#: 16-33221
10600 Haverford Lane                                  Trustee: Carl M. Bates
North Chesterfield, V A 23236                         Chapter: 13
Last 4 of SSN: xxx-xx-2709

## NOTICE of HEARING

PLEASE TAKE NOTICE that on **July 13, 2016 @ 10:00 A.M.** or as soon thereafter as is practical, we will appear before the **Honorable Keith L. Phillips in Courtroom 5100** of the United States Bankruptcy Court, Eastern District of Virginia, Richmond Division located at 701 E. Broad Street, Richmond, Virginia on the **Debtor's Motion to Extend the Automatic Stay.**

                                        Joeann L. Johnson


         BY:              /s/ Pia J. North
                          Counsel

Attorney for Debtor
Pia J. North, Esq. #29672
North Law
5913 Harbour Park Drive
Midlothian, VA 23112
Tel: (804) 739-3700
Fax: 739-2550

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

IN RE: Joeann L. Johnson, Debtor　　　　　　　　　　　Case#: 16-33221
10600 Haverford Lane　　　　　　　　　　　　　　　　　Trustee: Carl M. Bates
North Chesterfield, V A 23236　　　　　　　　　　　　　Chapter: 13
Last 4 of SSN: xxx-xx-2709

## MOTION TO EXTEND AUTOMATIC STAY

　　Comes Now, the Debtor, Joeann L. Johnson, by Counsel, Pia J. North, Esq. and states the following in support of this Motion:

1. On, June 29, 2016, the Debtor filed in this Honorable Court a petition for relief under Chapter 13 of the Bankruptcy Code, 11 U.S.C. § 1301 et seq. (the "instant case"). Carl M. Bates was appointed to serve as Chapter 13 trustee in this case (the "Trustee").

2. The Debtor, Joeann L. Johnson, had one previous bankruptcy pending within a year. Case# 13-31243 filed on March 8, 2013 and dismissed on May 16, 2016 for default in plan payments under the Chapter 13 plan. The dismissal of the prior case has triggered the provision of 11 U.S.C. 362(c)(3). The Debtor also received a discharge in a Chapter 13 case filed more than 12 years ago. Case #04-33415, was filed April 7, 2004 and discharged on or about May 29, 2009. The Debtor's bankruptcy history does not indicate a lack of good faith.

3. The automatic stay will expire in the instant case on July 29, 2016, unless the Court extends the automatic stay pursuant to 11 U.S.C362 (c)(3)(A) and (B).

4. The Debtor lost her job during the prior case, fell behind in her payments and was unable to catch up. There has been a positive change in the Debtor's circumstances. In the instant case, the Debtor has several sources of income to draw on. She receives employment income from Care Family and also works as a self-employed private duty nurse. In addition to that income, she receives Social Security income for her grandson. Recently, the Debtor's adult daughter has agreed to share expenses by making a regular monthly contribution to the household.

5. The Debtor has filed this case in good faith and has proposed a confirmable plan paying a 100% dividend to her unsecured creditors.

WHEREFORE, for the foregoing reasons, the Debtor respectfully requests that this Court enter an Order extending the automatic stay under 11 U.S.C. § 362 as to all creditors, as to the Debtor and the Debtor's property, and as to the property of the estate for the duration of this matter proceeding, or until such time as the stay is terminated under § 362 (c) (1) or (c) (2), or a motion for relief is granted under § 362(d) and for such other and further relief as to the Court shall be deemed appropriate.

                    Respectfully submitted:
                    Joeann L. Johnson

By:   /s/ Pia J. North
       Counsel

Attorney for Debtor
Pia J. North, Esq. #29672
North Law
5913 Harbour Park Drive
Midlothian, VA 23112
Tel: (804) 739-3700
Fax: 739-2550

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

IN RE: Joeann L. Johnson, Debtor  
10600 Haverford Lane  
North Chesterfield, V A 23236  
Last 4 of SSN: xxx-xx-2709  

Case#: 16-33221  
Trustee: Carl M. Bates  
Chapter: 13  

## NOTICE OF MOTION

Pia J. North, Attorney for the Debtor having filed papers with the court: Motion to Extend the Automatic Stay.

**Your rights may be affected.** You should read these papers carefully and discuss **them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the objection, or if you want the court to consider your views on the motion, then **on or before two days prior to the hearing on July 13, 2016** you or your attorney must: File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

Clerk of Court  
United States Bankruptcy Court  
701 E. Broad Street, Room 4000  
Richmond, VA 23219  

Office of the U.S. Trustee  
701 E. Broad Street, Room 4304  
Richmond, Virginia 23219  

You must also mail a copy to:

Pia J. North  
North Law  
5913 Harbour Park Drive  
Midlothian, VA 23112  

Carl M. Bates  
P.O. Box 1819  
Richmond, VA 23218-1819  

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Joeann L. Johnson

By:   /s/ Pia J. North  
        Counsel

Attorney for [1]
Pia J. North, Esq. #$29672
North Law
5913 Harbour Park Drive
Midlothian, VA  23112
(804) 739-3700

**United States Bankruptcy Court
Eastern District of Virginia
Richmond Division**

IN RE:  Joeann L. Johnson, Debtor                                      Case#: 16-33221
10600 Haverford Lane                                                             Trustee: Carl M. Bates
North Chesterfield, V A 23236                                              Chapter: 13
Last 4 of SSN: xxx-xx-2709

## NOTICE

PLEASE TAKE NOTICE that on **July 13, 2016** or as soon thereafter as is practical, we will appear before the Honorable Keith L. Phillips   United States Bankruptcy Court, Eastern District of Virginia, Richmond Division, 701 E. Broad Street, Room 5100, Richmond, VA 23219, Richmond, VA 23219 on the Debtor's Motion to Extend the Automatic Stay.

                                                      Joeann L. Johnson

BY:            /s/ Pia J. North
                    Counsel

**Certificate of Service**

I hereby certify that I have on July 6, 2016, I served by transmitting a true copy of the foregoing Motion to Extend the Automatic Stay, Notice of Motion and Notice of Hearing electronically through the Court's CM/ECF system or by first class mail, postage pre-paid to:  Joeann L. Johnson, the Debtor, the Trustee, the United States trustee and to all creditors and parties in interest on the attached mailing matrix

                                      By:     /s/ Pia J. North
                                                                                    Counsel

Attorney for Debtor
Pia J. North, Esq. #29672
North Law
5913 Harbour Park Drive
Midlothian, VA 23112
Tel: (804) 739-3700
Fax: 739-2550

**United States Bankruptcy Court**
**Eastern District of Virginia**
**Richmond Division**

IN RE:  Joeann L. Johnson, Debtor            Case#: 16-33221
10600 Haverford Lane                         Trustee: Carl M. Bates
North Chesterfield, V A 23236                Chapter: 13
Last 4 of SSN: xxx-xx-2709

## AFFIDAVIT

I, Joeann L. Johnson declare under penalty of perjury that the information provided in the Motion to Extend the Automatic Stay is true and correct.

1. I was previously in a Chapter 13 bankruptcy filed March 2013 and dismissed in May 2016. That case was dismissed because I lost my job and was unable to make the chapter 13 plan payments each month.

2. Since the prior bankruptcy my financial situation has improved.  I am employed with a private duty nursing agency.

3. My income is stable and I now have several sources of income which include employment at Care Family, income from private duty nursing, grandson's social security and rental income from my daughter.

4. I am paying my creditors 100%.

5. I believe that I can make regular monthly payments on my chapter 13 plan.


Date: June 29, 2016                          /s/ Joeann L. Johnson
                                             Joeann L. Johnson

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 16-33221-KLP<br>Eastern District of Virginia<br>Richmond<br>Wed Jul  6 17:24:01 EDT 2016 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 | Afni<br>1310 Martin Luther King Dr<br>Bloomington, IL 61701-1465 |
| Branch Bank & Trust<br>P O Box 2027<br>Greenville, SC 29602-2027 | CJW Center<br>P.O. Box 740760<br>Cincinnati, OH 45274-0760 | Commonwealth of VA-Tax<br>P.O. Box 2156<br>Richmond, VA 23218-2156 |
| Convergent Outsource<br>800 Sw 39th Street<br>Renton, WA 98057-4975 | (p)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 | Dept Of Ed/Nelnet<br>3015 Parker Rd<br>Aurora, CO 80014-2904 |
| Dept Of Ed/Nelnet<br>Attn: Claims<br>Po Box 82505<br>Lincoln, NE 68501-2505 | Diversified Consultant<br>Dci<br>Po Box 551268<br>Jacksonville, FL 32255-1268 | (p)FOCUSED RECOVERY SOLUTIONS<br>9701 METROPOLITAN COURT<br>STE B<br>RICHMOND VA 23236-3690 |
| Glasser & Glasser, P.L.C.<br>Collections Dept.<br>PO Box 3400<br>Norfolk, VA 23514-3400 | Interior Air<br>P.O, Box 746<br>Mechanicsville, VA 23111-0746 | Internal Revenue Service<br>Centralized Insolvency Unit<br>P O Box 7346<br>Philadelphia, PA 19101-7346 |
| Kohls/Capone<br>Po Box 3115<br>Milwaukee, WI 53201-3115 | New Generations Fede<br>1700 Robin Hood Road<br>Richmond, VA 23220-1012 | Nicholas Finance Corp.<br>2454 Mcmullen Booth Road<br>Clearwater, FL 33759-1343 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Receivable Management Inc<br>7206 Hull Rd<br>Ste 211<br>Richmond, VA 23235 | Receivable Management Inc<br>Pob 17305<br>Richmond, VA 23226-7305 |
| Regional Acc<br>5425 Robin Road<br>Norfolk, VA 23513-2441 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | St Francis Medical Center<br>P.O. Box 404893<br>Atlanta, GA 30384-4893 |
| St Loan Fund<br>C/o Acs<br>U, NY 13501 | (p)C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | Verizon<br>500 Technology Dr<br>Suite 500<br>Weldon Spring, MO 63304-2225 |
| Verizon<br>500 Technology Dr<br>Weldon Spring, MO 63304-2225 | Verizon<br>National Recovery<br>Minneapolis, MN 55426 | Carl M. Bates<br>P. O. Box 1819<br>Richmond, VA 23218-1819 |

```
Joeann L. Johnson                    Pia J. North
10600 Haverford Lane                 North Law
North Chesterfield, VA 23236-2978    5913 Harbour Park Drive
                                     Midlothian, VA 23112-2163
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
DIRECTV                       Focus Recry                    Portfolio Recovery Associates
P.O. Box 11732                9701 Metropolitan Suite B      PO Box 41067
Newark, NJ 07101              Richmond, VA 23236             Norfolk, VA 23541


Sprint                        Tmobile USA
Attention: Bankruptcy         PO Box 742596
PO Box 7949                   Cincinnati, OH 45274
Overland Park, KS 66207
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Johnston Willis Hospital          End of Label Matrix
                                     Mailable recipients   31
                                     Bypassed recipients    1
                                     Total                 32
```